IN THE UNITED STATES DISTRICT COURT IN AND FOR THE UNITED STATES
OF AMERICA SOUTHERN DISTRICT OF FLORIDA
CASE NO: 1:23-CV-24533
LIBOWITZ/GOODMAN

Jean-Elie Uriel Charlemagne
Plaintiff,

Vs.

The State of Florida et al,
_____/



## NOTICE OF
## Emergency Expedited Motion to Stay Entire Proceedings
## PENDING APPEAL

Dear Defendant(s)

Movant Jean-Elie Uriel Charlemagne Emergency Expedited Motion to Stay Entire Proceedings Pending Appeal entered on 21st day of June 2024. All parties to said cause are called to take notice of entry of Plaintiff Jean-Elie Uriel Charlemagne's Emergency Expedited Motion to Stay Entire Proceedings Pending Appeal of the entire docket of 1:23-cv-24533, 1:23-cv-24521 and F1501415-A

Further Affiant Sayth not

Jean-Elie Uriel Charlemagne



ACHILLE FILS MOREAU
MY COMMISSION # HH 385478
EXPIRES: April 11, 2027

ORIGIN ID:TMBA  (347) 277-0337
JEAN-ELIE URIEL CHARLEMAGNE

14311 BISCAYNE BLVD
APT 612862
NORTH MIAMI, FL 33161
UNITED STATES US

SHIP DATE: 20JUN24
ACTWGT:
CAD: 308600009/INET4732

BILL CREDIT CARD

TO **CLERK OF THE COURT**
**WILKIE D. FERGUSON BUILDING**
**NORTH MIAMI AVENUE**
**ROOM 8**
**MIAMI FL 33128**
(305) 523-5100    REF:
INV:
PO:                DEPT:

583J5/B21DI/9AE3




FRI - 21 JUN 10:30A
PRIORITY OVERNIGHT

TRK# 7769 6749 8502
0201

3C MPBA            33128
              FL-US MIA



After printing this label:
CONSIGNEE COPY - PLEASE PLACE IN FRONT OF POUCH
1. Fold the printed page along the horizontal line.
2. Place label in shipping pouch and affix it to your shipment.

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see current FedEx Service Guide.